**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7352**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OMAR CYRILLE REAVIS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-97-153-A)

———————

Submitted:  January 17, 2002          Decided:  January 28, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Omar Cyrille Reavis, Appellant Pro Se.  Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Omar Cyrille Reavis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001).[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Reavis, No. CR-97-153-A (E.D. Va. filed July 30, 2001; entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although Reavis characterized the motion as seeking reconsideration of the court's denial of a prior § 2255 motion, the latter motion raised new, unrelated claims and was properly construed by the district court as a successive § 2255 motion.